# UNITED STATES DISTRICT COURT
## for the
## Middle District of North Carolina

### Report of Offender Under Supervision

FILED
JUN 1 0 2005
IN THIS OFFICE
Clerk U.S. District Court
Greensboro, N.C.
By, _____

Name of Offender: JOSEPH MAXMILLION BOTT          Case Number: 1:01CR356-1

Name of Sentencing Judicial Officer: The Honorable Frank W. Bullock, Jr.

Date of Original Sentence: May 28, 2002

Original Offense: Conspiracy: Manufactured Marijuana in violation of 21 U.S.C. §§ 846, 841(a)(1) & (b)(1)(B).

Original Sentence: 15 months custody of the Bureau of Prisons, 3 year term of supervised release, $100 special assessment fee.

Type of Supervision: Supervised Release          Date Supervision Commenced: June 19, 2003
                                                 Date Supervision Expires: June 18, 2006

Assistant U.S. Attorney: Lisa B. Boggs          Defense Attorney: Eric D. Placke, AFPD

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| CONDITION VIOLATED | NATURE OF NONCOMPLIANCE |
|---|---|
| You shall cooperate in the collection of DNA as directed by the probation officer. | Mr. Bott failed to report for a scheduled DNA collection. |
| The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. | Mr. Bott tested positive for marijuana on two occasions between November 13, 2004 and March 15, 2005. |

U. S. Probation Officer Action:

Mr. Bott commenced his term of supervision on June 19, 2003 and was being supervised in the Eastern District of New York until August 31, 2004 when he relocated to the Northern District of New York. He and his wife reside at a residence which they are purchasing at 19 Lange Drive, Elizaville, New York. Mr. Bott has maintained stable employment in heating and air condition repair. Other than the aforementioned areas of noncompliance, Mr. Bott has maintained satisfactory compliance with all other conditions of release. In response to the positive urinalysis, Mr. Bott's testing and reporting have been increased. Although Mr. Bott had reservations and concerns regarding the mandatory DNA testing required, he has been counseled and has been rescheduled for DNA testing on June 29, 2005. In addition, transfer of jurisdiction to the Northern

District of New York has been initiated so that any future violations can be addressed within that district.

                      Respectfully submitted,

                      Desdemona L. Faison
                      Supervising U.S. Probation Officer

Approved by:

Lisa P. Palombo                    6-3-05
Deputy Chief U.S. Probation Officer     Date

---

[ X ] The Court Adopts the Recommendation(s) of the Probation Officer
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

                      Signature of Judicial Officer

                      6-10-05
                      Date